UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on January 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Debra Bernhard

Case No.: _____15-17683_____

Hearing Date: _____

Judge: ____Kathryn C. Ferguson____

Chapter: _____13_____

| Recommended Local Form: | ❑ Followed | ❑ Modified |
|---|---|---|

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
### SHORTEN TIME

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 31, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____January 31_____, 20 18  by

_Jonathan Stone_____ for entry of an order as set forth above, all

interested parties having been duly served, the Court having considered all of the papers

submitted, along with any arguments of counsel, and for good cause shown; it is


ORDERED that the aforesaid motion or application is denied.


The successful party shall serve this order on the debtor, any trustee and all parties who

entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-17683-KCF
Debra Bernhard                                                        Chapter 13
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jan 31, 2018
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
db              Debra Bernhard,    34 Stonybrook Road,    Blairstown, NJ  07825-9319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
              Albert  Russo   docs@russotrustee.com
              Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Brian C. Nicholas   on behalf of Creditor   PNC Bank, National Association
              bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon   on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Jonathan  Stone   on behalf of Debtor Debra  Bernhard jonstonelaw@gmail.com,
              bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
              Joshua I. Goldman   on behalf of Creditor   PNC Bank, National Association
              jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
                                                                                   TOTAL: 6