Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 15−17683−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Debra Bernhard
   34 Stonybrook Road
   Blairstown, NJ 07825−9319

Social Security No.:
   xxx−xx−1100

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on February 22, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 38 − 35
Order Granting Application to Employ Linda Simpson as Realtor (Related Doc # 35). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/22/2018. (ckk)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 22, 2018
JAN: ckk

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Debra Bernhard  
    Debtor

Case No. 15-17683-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 22, 2018  
                    Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2018.  
r            +Linda Simpson,   Re/Max Town and Valley,   1585 Route 517,   Hackettstown, NJ 07840-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2018 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Brian C. Nicholas    on behalf of Creditor    PNC Bank, National Association  bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Jonathan   Stone    on behalf of Debtor Debra   Bernhard jonstonelaw@gmail.com,    bkecf_stone@bkexpress.info;r43620@notify.bestcase.com  
          Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association  jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          TOTAL: 6