UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on February 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Debra Bernhard

Case No.: _____15-17683_____

Chapter: _____13_____

Judge: ___Kathryn C. Ferguson___

### ORDER AUTHORIZING RETENTION OF

_____Linda Simpson_____

The relief set forth on the following page is **ORDERED**.

**DATED: February 22, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Linda Simpson_____

as _____Listing Agent_____, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:  1585 Route 517

    Hackettstown, NJ 07840

    _____

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-17683-KCF
Debra Bernhard                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 22, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
db              #Debra Bernhard,   34 Stonybrook Road,   Blairstown, NJ  07825-9319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor   PNC Bank, National Association
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jonathan  Stone    on behalf of Debtor Debra  Bernhard jonstonelaw@gmail.com,
           bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
          Joshua I. Goldman    on behalf of Creditor   PNC Bank, National Association
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
                                                                              TOTAL: 6