UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on February 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Debra Bernhard

Case No.: 15-17683

Chapter: 13

Judge: Ferguson

# ORDER AUTHORIZING RETENTION OF

RICHARD KEILING, ESQUIRE

The relief set forth on the following page is **ORDERED**.

**DATED: February 27, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Richard Keiling, Esquire_____

as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 104 NJ Route 94

    Blairstown, NJ 07825

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-17683-KCF
Debra Bernhard                                                                  Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1            Date Rcvd: Feb 27, 2018
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.
db             #Debra Bernhard,    34 Stonybrook Road,    Blairstown, NJ 07825-9319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2018 at the address(es) listed below:
     Albert Russo    docs@russotrustee.com
     Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com
     Brian C. Nicholas    on behalf of Creditor   PNC Bank, National Association
      bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
     Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Jonathan Stone    on behalf of Debtor Debra  Bernhard jonstonelaw@gmail.com,
      bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
     Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
      jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
                                                                                             TOTAL: 6