Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  15−17683−KCF
                    Chapter:  13
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Debra Bernhard
   34 Stonybrook Road
   Blairstown, NJ 07825−9319

Social Security No.:
   xxx−xx−1100

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       5/3/18
Time:      02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Jonathan Stone, Attorney for Debtor
Period: 8/8/2015 to 4/10/2018

COMMISSION OR FEES
$2698,50

EXPENSES
$30.31

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 11, 2018
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-17683-KCF
Debra Bernhard                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2              Date Rcvd: Apr 11, 2018
                                Form ID: 137             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
```
db             #Debra Bernhard,    34 Stonybrook Road,    Blairstown, NJ 07825-9319
aty            +Richard Keiling,    104 NJ Route 94,    Blairstown, NJ 07825-2208
r              +Linda Simpson,    Re/Max Town and Valley,    1585 Route 517,    Hackettstown, NJ 07840-2708
515472517     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886)
515472518      +Blairstown Township,    106 State Route 94,    Blairstown, NJ 07825-2208
515472519       Capital One,    PO Box 85167,    Richmond, VA 23285-5167
515554231       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515472522      +Citibank USA, NA,    399 Park Avenue,    New York, NY 10022-4699
515472524      +Citizens Bank,    480 Jefferson Blvd,    Warwick, RI 02886-1359
515472523      +Citizens Bank,    Attn: Bankruptcy Dept,    443 Jefferson Blvd Ms Rjw-135,
                 Warwick, RI 02886-1321
515552424      +Citizens One Auto Finance,    443 Jefferson Blvd,    Warwick RI 02886-1321
515472525      +Equifax Credit Information Services, Inc,    PO Box 740241,    Atlanta, GA 30374-0241
515472526      +Experian,    4 Gatehill Drive,    3rd Floor,    Parsippany, NJ 07054-4522
515472527      #Frederick Michael Dul,    34 Stonybrook Road,    Blairstown, NJ 07825-9319
515472529      +Mullooly, Jeffrey, Rooney, & Flynn, LLC,    6851 Jericho Turnpike - Suite 220,
                 Syosset, NY 11791-4449
515472530      +NCB Management Services Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
515514115      +NJCLASS,    PO BOX 548,    TRENTON, NJ 08625-0548
515647227      +PNC Bank, National Association,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
515472531      +PNC Mortgage,    1801 E 9th St Ste 200,    Cleveland, OH 44114-3103
515472534       Sears Mastercard,    PO Box 6282,    Sioux Falls, SD 57117-6282
515472535      +St Mary's Hospital,    350 Boulevard,    Passaic, NJ 07055-2840
515472536      +State Of NJ Student As,    Po Box 538,    Trenton, NJ 08625-0538
515472538      +Transunion,    2 Baldwin Place,    PO Box 2000,    Chester, PA 19016-2000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2018 00:02:38     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2018 00:02:34     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515488482       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 12 2018 00:16:41
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
515472520      +E-mail/Text: bankruptcy@certifiedcollection.com Apr 12 2018 00:02:26
                 Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
515472521      +Fax: 602-659-2196 Apr 12 2018 00:35:38     ChexSystems,    7805 Hudson Road,    Suite 100,
                 Woodbury, MN 55125-1703
515472528      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 12 2018 00:02:34     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
515472533       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2018 00:16:53
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
515472532       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2018 00:16:39
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
515694051       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2018 00:16:43
                 Portfolio Recovery Associates, LLC,    c/o Wal-mart,    POB 41067,    Norfolk VA 23541
515472537       E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 00:08:19     Synchrony Bank,    PO Box 11623,
                 Newark, NJ 07101-4623
515472539       E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 00:10:25     Walmart Discover,    PO Box 960024,
                 Orlando, FL 32896-0024
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Apr 11, 2018
                              Form ID: 137             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor    PNC Bank, National Association
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jonathan    Stone    on behalf of Debtor Debra   Bernhard jonstonelaw@gmail.com,
           bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
          Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
                                                                                             TOTAL: 6
```