UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonathan Stone, Esquire
490 Schooley's Mountain Road - Bldg. 3A
Hackettstown, NJ 07840-4002
Tel. (908) 979-9919 / Fax. (908) 979-9920
jonstonelaw@gmail.com
Attorney for Debtor

Order Filed on May 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Debra Bernhard

Case No.: 15-17683 (KCF)

Chapter: 13

Judge: Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 4, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jonathan Stone, Esquire_____, the applicant, is allowed a fee of $ _____2,698.50_____ for services rendered and expenses in the amount of $_____30.31_____ for a total of $_____2,728.81_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-17683-KCF
Debra Bernhard                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 04, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
db           #Debra Bernhard,    34 Stonybrook Road,    Blairstown, NJ 07825-9319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
        Albert Russo   docs@russotrustee.com
        Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com
        Brian C. Nicholas    on behalf of Creditor    PNC Bank, National Association
         bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Jonathan Stone    on behalf of Debtor Debra  Bernhard jonstonelaw@gmail.com,
         bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
        Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
         jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
                                                                                               TOTAL: 6